**No. P66/369.**—Dumont Handkerchiefs, Inc. *v.* United States, protest 66/4900 (New York).

**No. P66/370.**—Handcraft, Inc. *v.* United States, protest 66/5753 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of handkerchiefs, not blocked-printed by hand, similar in all material respects to those the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 14, 1966

**No. P66/371.**—Ardalt, Inc., et al. *v.* United States, protests 59/30537, etc. (New York).

LANDIS, J.   In accordance with stipulation of counsel that the items of merchandise marked "D" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R. R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), and that the items of merchandise marked "T" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.